(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Aaron L. Henry

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Warden David Pierce
Marc Richmond
Robert Coupe
Dr. Munos and Dr. Richards (Mental Health Directors)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

FILED APR 19 2017 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Civ. Action No. 17 - 436
(To be assigned by Clerk's Office)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Henry Aaron L
Name (Last, First, MI)                                  Aliases

457617
Prisoner ID #

JTVCC
Place of Detention

1181 Paddock Rd
Institutional Address

Kent Smyrna              DE              19977
County, City             State            Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Pierce David
Name (Last, First)

Warden
Current Job Title

1181 Paddock Rd
Current Work Address

Kent Smyrna  DE  19977
County, City  State  Zip Code

Defendant 2: Coupe Robert
Name (Last, First)

Commissioner
Current Job Title

~~1181 Paddock Rd~~  245 Mckee Rd
Current Work Address

Kent Dover  DE
County, City  State  Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: Richmond, Marc
Name (Last, First)

_____
Current Job Title

245 Mckee Rd
Current Work Address

Kent, Dover     DE
County, City     State     Zip Code


Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City     State     Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: JTVCC

Date(s) of occurrence: Since December 2015

State which of your federal constitutional or federal statutory rights have been violated:

Not providing medical treatment, not following judges orders cruel and unusal punishment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

On 12-2015 I started loosing weight and having severe muscle tightness and discoloration of skin and severe damage too areas that I was allready having issues from a previous occident I'm disable I have broken hips, fracture leg, knee, reconstructed ankle and one leg longer so this jail is aware of all my disabilities and they refuse too give me like foot insert, back and hip brack, and knee brace lied too me several times saying they were sending me out for outside treatment never done now my disabilities have gotten worse due too me not having the proper equipment actually caused my legs to bend in due too them refusing too order the things I need for these discibilties they refuse too help me I have over

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> Who did what?

500 grievances in all were denied. On 6-8-96 I was injured by the staff working because I couldn't walk they fractured my shoulder arm area it makes clicking noise they refuse too send me out. They lied on me several times saying I refuse treatment if you look at my files from 12-2015 too now all my symptoms have gotten worse and now I have a muscle disease after me telling them for over a year. I wrote ACLU and now I was told this disease can cause kidney failure. Also they refuse too send me out for a mental health evaluation the judge has order I filed greivances they deny them if the judge gets the copy of the evaluation it could help prove my innocence they refuse too let me do any of the mental health programs. I'm being treated like an animal they lock me in isolation so I wont be able too see the Dr the only way I'm able too see the Dr in the infirmary for my medical problems is saying I'm gone too kill myself and before I see the Dr they move me in the middle of the night and keep me back there, after I was cleared by mental too be released for an extra 5 days cells

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Was anyone else involved?**

have blood, urine, cum all over the walls, cielings, floors. No sheets not allowed too have shower shoes, food cold with ants in it. The apples smell like they are soaked in gasoline people opening the milks and gluing them back together refusing to provide us with treatment, medical treatment and attention. I was diagnosed with glaucoma in my right eye the optometrist and I actually won that grievance but its been over a year and they still havent sent me out my has got worser sunlight is irritating my eyes I asked for solar shields they refuse too give them too me as well. All of my medical problems they refuse too treat they refuse to call me for sick call visits. Also I've put several law library requests for certain motions like these they didnt process my mail 6 days later I recieved something back from the law library saying they never recieved any requests which is actually why I miss the deadline on my last civil suits because they refused too give me a pen when they were just housing me in isolation where we were allowed too have these items but they brought all my property except writing material. Please help me before I die in the hands of JTVCC. They refuse to give me medical, mental and follow orders by the judges

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

I have too many grievances too actually send I will sign authorization so you can have access too these Items

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No
    If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Pay me $750,000 get the proper medical attention that I need, fire all defendents in this claim and transfer me too HRYCI where I was actually getting proper medical attention.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

      If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3-17-17
Dated

Plaintiff's Signature

Henry, Aaron L
Printed Name (Last, First, MI)

457617
Prison Identification #

1181 Paddock Rd     Smyrna     DE     19977
Prison Address     City     State     Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M Aaron Henry
SBI# 415769   UNIT: 19-B-L-1
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
APR 19 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

US District Court Office of Clerk Office
844 North King St Unit 18
Wilmington, DE
19801

U.S. POSTAGE >> PITNEY BOWES
ZIP 19977 $ 000.88⁰
0000345484 APR 18 2017