IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON L. HENRY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Civ. No. 17-436-GMS ) |
| WARDEN DAVID PIERCE, et al., | ) ) |
| Defendants. | ) |

**ORDER**

1. The plaintiff, Aaron L. Henry, SBI #457617, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed <u>in forma pauperis</u>.

2. Pursuant to 28 U.S.C. § 1915(b), the plaintiff shall be assessed the filing fee of $350.00.

3. Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a request to proceed <u>in forma pauperis</u> and a certified copy of his prison trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

4. Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

6. The James T. Vaughn Correctional Center is participating in an e-filing project with this Court. The inmates were notified that participation in this project is **mandatory**. Plaintiff filed his initiating court filing using the regular mail and did not follow the mandates of the e-filing project. **PLAINTIFF IS PLACED ON NOTICE THAT HE FACES THE POSSIBILITY THAT FUTURE FILINGS MAY BE REJECTED SHOULD HE FAIL TO FOLLOWING THE REQUIREMENTS OF THE E-FILING PROJECT.**

DATED: April 26, 2017

UNITED STATES DISTRICT JUDGE

2

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| AARON L. HENRY, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 17-436-GMS |
| WARDEN DAVID PIERCE, et al., | ) | |
| *Defendant* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ❏ Yes    ❏ No
(b) Rent payments, interest, or dividends             ❏ Yes    ❏ No
(c) Pension, annuity, or life insurance payments      ❏ Yes    ❏ No
(d) Disability, or worker's compensation payments     ❏ Yes    ❏ No
(e) Gifts, or inheritances                            ❏ Yes    ❏ No
(f) Any other sources                                 ❏ Yes    ❏ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ _____ .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____          _____
                                                                                           *Applicant's signature*

                                                                                        _____
                                                                                               *Printed name*