OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

June 4, 2019

Aaron L. Henry
SBI# 457617
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:   REQUEST FOR VERIFICATION  17-436 GMS**

Dear Mr. Henry:

    This is in response to your letter received 6/4/2019 requesting verification of a motion you submitted to the District Court in either March or April of 2019.  On April 3, 2019 your case was closed by Mandate of the United States Court of Appeals for the Third Circuit.  According to the District Court of Delaware docket, there has been no correspondence received from you after September 25, 2018.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/amf

John A. Cerino

CLERK